

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2017

No. 04-17-00025-CV

**FE EXPRESS, LLC**, Francisco Javier Bernal and Hector Lopez,
Appellants

v.

Maria Isabel Serna **CONTRERAS**, as Next Friend and Guardian of Samara Isabella Morales Serna and Samantha Isabel Morales Serna, Minor Children, and as Administrator of the Estate of Samuel Morales Castillo, Deceased,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2014CVT001295 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

## O R D E R

Sitting: Sandee Bryan Marion, Chief Justice
    Luz Elena D. Chapa, Justice
    Irene Rios, Justice

Under Texas Rule of Appellate Procedure 24.4(c), FE Express has filed a motion requesting an emergency stay of enforcement of the trial court's judgment pending our review of the trial court's supersedeas ruling. However, FE Express has not filed a motion asking us to review the trial court's supersedeas ruling under Rule 24.4(a). FE Express asserts it will file a motion after the trial court has made its requested findings of fact and conclusions of law and after the record regarding the supersedeas issue has been completed. We deny FE Express's motion without prejudice to refiling if FE Express requests that this court review the trial court's supersedeas ruling. *See* TEX. R. APP. P. 24.4(a).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk